**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI SOUTHERN DIVISION**

**PENTHOUSE OWNERS ASSOCIATION, INC.** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NO. 1:07CV568-LTS-RHW**

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON** **DEFENDANT**

**PLAINTIFF'S NOTICE OF VIDEO 30 (b)(6) DEPOSITION OF RIMKUS CONSULTING GROUP, INC.**

To: Lee Morgan Peacocke
Larzelere, Picou, Wells, Simpson, Lonero, LLC
Two Lakeway Center, Suite 1100
3850 N. Causeway Blvd.
Metairie, LA 70002
Tel. (504) 834-6500
Email: lpeacocke@lpw-law.com

Whitman B. Johnson, III
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750
Tel. (601) 969-1010
Email: wjohnson@curriejohnson.com

**PLEASE TAKE NOTICE** that pursuant to Rule 30 (b)(6) of the Federal Rules of Civil Procedure that Plaintiff will take the video deposition of **Rimkus Consulting Group, Inc.** (hereinafter "Rimkus") before an officer authorized to administer oaths on March 17, 2008, at 9:00 a.m. at the offices of Continental Court Reporters, Incorporated, 2777 Allen Parkway, Unit 600, Houston, Texas, 77019.

Examination is requested on the following matters:

1. All matters related or pertaining to the Plaintiffs' Complaint or any pleading or other paper or electronic "document" comprising any part of the filed or unfiled record in this case;

2. The inspection, analysis, activities, services or work of any kind Rimkus performed, or was retained or hired to perform, at any time on or after August 29, 2005, concerning, relating or in any way pertaining to 1515 East Beach Boulevard, Pass Christian, Mississippi (the "Subject Property");

3. All matters related, pertaining or in any way concerning engineering and/or inspection reports, and all iterations thereof, referencing the Subject Property or any part thereof;

4. All matters related, pertaining or in any way concerning Rimkus' communications with the Certain Underwriters of Lloyd's, London (hereinafter "Lloyd's of London), and/or any other insurance or engineering company at any time on or after August 29, 2005, and related, pertaining to, or in any way concerning the Subject Property;

5. All matters related, pertaining, or in any way concerning agreements and/or contracts by or between Rimkus and Lloyd's of London, or agents thereof, referencing in any way the Subject Property, Hurricane Katrina and/or Hurricane Katrina insurance claims;

6. All matters related, pertaining, or in any way concerning, Rimkus' or any agent(s) thereof, engineering licensing applications, emergency engineering licensing applications, and/or licensing status in Mississippi at any time on or after August 29, 2005;

7. All matters related, pertaining, or in any way concerning, investigation of Rimkus' and/or Lloyd's of London's actions, activities, services, and/or

work with respect to the Subject Property, by any state or federal agencies, including without limitation, law enforcement agencies, such as by way of example only the Mississippi Attorney General, the Federal Bureau of Investigations, and/or the Department of Homeland Security;

8. All matters related, pertaining, or in any way concerning training of Rimkus engineers with respect to Hurricane Katrina or insurance claims stemming from Hurricane Katrina;

9. All matters related or pertaining to, or concerning, in any way, instructions, protocols, directives, suggestions, commentary, and/or guidelines as concerns Rimkus engineering inspections, Lloyd's of London insurance claims as concerns Hurricane Katrina, and/or the Subject Property;

10. All matters related or pertaining to, or concerning, in any way, money, remuneration, payment, profit, and/or compensation of any kind Rimkus or agent(s) thereof received, was promised and/or owed by Lloyd's of London, in connection with the Subject Property;

11. As same relate to Hurricane Katrina generally and/or the Penthouse Hurricane Katrina Claim, all matters related, pertaining or in any way concerning, information referencing tornadoes, storm surge, water levels, water velocity, wind velocity, failure of instrumentation (including anemometers), and/or findings of wind versus water damage stemming from Hurricane Katrina;

12. As same concerns Hurricane Katrina generally and/or the Penthouse Hurricane Katrina Claim, all matters related, pertaining or in any way concerning, templates, forms, samples, examples or outlines, shown to, furnished, or provided to any personnel in connection with the creation, writing, drafting, and/or formulation of Hurricane Katrina inspection or damage reports;

13. All matters related to the transmission, delivery, mailing, and/or faxing of documents, communications, and/or writings, whether in electronic, paper or other form, of Rimkus engineering reports, Lloyd's of London letters, reports and/or estimates, and/or any other such writings, documents or communications, related, pertaining or in any way concerning Rimkus' and/or Lloyd's of London's work and/or activities related to Hurricane Katrina insurance claims or the Subject Property;

14. All matters related, pertaining or in any way concerning, amending, adding addendums to, altering, canceling and/or in any other way modifying inspection and/or engineering reports generated by Rimkus Hurricane Katrina inspections and/or activities, or agent(s) thereof;

15. All matters related, pertaining or in any way concerning, information, documents or things, studied, relied upon, referenced, and/or considered by Rimkus or agent(s) thereof, and referencing Hurricane Katrina insurance claims, including but not limited to claim(s) concerning the Subject Property;

16. All matters related, pertaining or in any way concerning, information Rimkus discounted, ignored or declined to consider or rely upon in connection with engineering report(s) referencing the Katrina insurance claims on the Subject Property;

17. All matters related, pertaining or in any way concerning engineering reports, inspection reports, and/or estimates written, drafted or prepared concerning the Subject Property and/or individual condominium unit(s) within such Subject Property.

As provided by Rule 30 (b)(6), the corporate deponents shall designate one or more officers, directors, or managing agents to testify on their respective behalf as to all of the above matters known or reasonably available to them.

In addition to videotape, this deposition will be taken in the usual manner by qualified shorthand or machine reporter and a written transcript will be prepared for use in subsequent court proceedings.

Respectfully submitted on this the 20th day of February, 2008.

PLAINTIFF PENTHOUSE OWNERS
ASSOCIATION, INC.

By: ___/s/ Mary E. McAlister____________________
Mary E. McAlister, Esq. (MSB No. 2170)
Nutt & McAlister, PLLC
605 Crescent Boulevard, Suite 200
Ridgeland, MS 39157
Tel. (601) 898-7302
Fax. (601) 898-7304
Mcalister@davidnutt.com

**OF COUNSEL:**

Don John W. Barrett, Esq. (MSB No. 2063)
Barrett Law Offices, P.A.
P.O. Box 987
Lexington, MS 39095-0987
Tel. (662) 834-2376
Fax. (662) 834-2628
Dbarrett@barrettlawoffice.com

Mary E. McAlister, Esq. (MSB No. 2170)
Derek Wyatt, Esq. (MSB No. 7413)
David McCarty, Esq. (MSB No. 101,620)
Nutt & McAlister, PLLC
605 Crescent Boulevard, Suite 200
Ridgeland, MS 39157
Tel. (601) 898-7302
Fax. (601) 898-7304
Mcalister@davidnutt.com
Dwyatt@davidnutt.com
Dmccarty@davidnutt.com

Dewitt M. Lovelace, Esq. (MSB No. 1449)
LOVELACE LAW FIRM, P.A.
36474 Emerald Coast Parkway, Suite 4202
Destin, FL 32541
Tel. (850) 837-6020
Fax. (850) 837-4093
dml@lovelacelaw.com

Zach Butterworth, Esq. (MSB No. 9946)
Gary Yarborough, Esq. (MSB No. 102310)
Hesse & Butterworth, PLLC
841 Highway 90
Bay St. Louis, MS 39520
Tel. (228) 466-0020
Fax. (228) 466-0550
zbutterworthlaw@bellsouth.net
garyyarborough@bellsouth.net

**CERTIFICATE OF SERVICE**

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon the following counsel of record via the Court's ECF system:

Lee Morgan Peacocke
Larzelere, Picou, Wells, Simpson, Lonero, LLC
Two Lakeway Center, Suite 1100
3850 N. Causeway Blvd.
Metairie, LA 70002
Tel. (504) 834-6500
Email: lpeacocke@lpw-law.com

Whitman B. Johnson, III
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750
Tel. (601) 969-1010
Email: wjohnson@curriejohnson.com

ON THIS the 20th day of February, 2008.

/s/ Mary E. McAlister
Mary E. McAlister (MSB No. 2170)