**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**PENTHOUSE OWNERS ASSOCIATION, INC.**                           **PLAINTIFF**

**V.**                                       **CIVIL ACTION NO.1:07CV568 LTS-RHW**

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**              **DEFENDANT**

<u>**ORDER GRANTING MOTION IN LIMINE
TO EXCLUDE EVIDENCE OF THE EFFECT A VERDICT IN FAVOR OF THE
PLAINTIFF MAY HAVE ON DEFENDANT'S FUTURE CALCULATION OF PREMIUMS**</u>

The Court has before it the motion [153] of Plaintiff Penthouse Owners Association, Inc. (Penthouse), to exclude any mention, reference, or evidence of the effect a verdict in favor of Penthouse may have on the defendant's future calculations of premiums.

The effect, if any, that the outcome of this case may have on the defendant's underwriting practices, including the calculation of its premiums, is not relevant to any issue in dispute in this case. The defendant does not oppose this motion.

Accordingly, this motion is **GRANTED**.

**DECIDED** this 10th day of July, 2008.

                                                        s/ <u>L. T. Senter, Jr.</u>
                                                        L. T. SENTER, JR.
                                                        SENIOR JUDGE