UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


PENTHOUSE OWNERS ASSOCIATION, INC.                                          PLAINTIFF

V.                                                              CIVIL ACTION NO. 1:07cv568-LTS-RHW

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON                              DEFENDANT


### ORDER

One of the few remaining motions in this cause of action–Plaintiff's [199] Motion to Compel Production of what are referred to as the Clayton documents–was discussed at the pretrial conference held today.  These documents constitute a claim file maintained by one of Defendant's agent/employee/representative, Denis Clayton.  This particular claim file apparently came to light during Clayton's deposition on May 29, 2008.  Defense counsel agreed to produce the file, but when they did, it included redactions.  It was not until after Plaintiff filed the Motion to Compel that Defendant filed a [220] Notice of Service of Privilege Log.

It is the Court's ruling that Defendant shall immediately produce to Plaintiff a complete copy of the claim file (or whatever term it is known as) of Denis Clayton in its entirety, without any redactions or the removal of any documents.  Thus, Plaintiff's [199] Motion to Compel is **GRANTED**.  The Court also holds that Plaintiff shall immediately produce to Defendant a complete copy of what is referred to as the Stewart-Sneed-Hewes file (or whatever term it is known as), without any redactions or the removal of any documents.

**SO ORDERED** this the 23rd day of July, 2008.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE