UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PENTHOUSE OWNERS ASSOCIATION, INC.**                                **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO.1:07CV568 LTS-RHW**

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**                 **DEFENDANT**

## ORDER
## DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

In accordance with the Memorandum Opinion I have this day entered, it is hereby

**ORDERED**

That the motion [268] of Defendant Certain Underwriters at Lloyd's, London, for partial summary judgment is **DENIED**.

**SO ORDERED** this 16th day of January, 2009.

                                                   s/ L. T. Senter, Jr.
                                                   L. T. SENTER, JR.
                                                   SENIOR JUDGE