# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**PENTHOUSE OWNERS ASSOCIATION, INC.**                        **PLAINTIFF**

**V.**                                      **CIVIL ACTION NO.1:07CV568 LTS-RHW**

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**                        **DEFENDANT**

## ORDER DENYING AS MOOT DEFENDANT'S MOTION IN LIMINE
## TO PRECLUDE REFERENCES OR EVIDENCE RELATING TO OTHER PAYMENTS

The Court has before it the motion [148] *in limine* of Certain Underwriters at Lloyd's, London (Lloyd's), to exclude evidence of payments for Hurricane damage by Lloyd's or other insurers. Lloyd's anticipated such testimony being offered in support of the plaintiff's claim that the damage to the insured property was done by wind, and not by storm surge flooding.

In light of my recent ruling [166] concerning the Lloyd's hurricane deductible endorsement, this motion is now moot. The cause of the damage to the insured property (wind v. water) is no longer an issue in this case. Other post-Katrina claims have no bearing on the remaining issue of damages under the Lloyd's policy.

Accordingly, it is hereby

**ORDERED**

That the motion [148] *in limine* of Certain Underwriters at Lloyd's, London, to exclude evidence of payments made by Lloyd's or other insurers following Hurricane Katrina is **DENIED AS MOOT**.

**SO ORDERED** this 26th day of January, 2009.

                                                     s/ *L. T. Senter, Jr.*
                                                     L. T. SENTER, JR.
                                                     SENIOR JUDGE