UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PENTHOUSE OWNERS ASSOCIATION, INC.                                    PLAINTIFFS

V.                                              CIVIL ACTION NO. 1:07cv568-LTS-RHW

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON                               DEFENDANT

## ORDER

The trial of this cause of action currently scheduled to begin March 23, 2009, is hereby **CONTINUED** until further order of the Court.

**SO ORDERED** this the 16th day of March , 2009.

                                                s/ L. T. Senter, Jr.
                                                L. T. SENTER, JR.
                                                SENIOR JUDGE