UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PENTHOUSE OWNERS ASSOCIATION, INC.**

**PLAINTIFF**

v.

CIVIL ACTION NO. 1:07cv568-HSO-RHW

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**

**DEFENDANTS**

## PLAINTIFF'S NOTICE OF SERVICE OF SUPPLEMENTAL DISCLOSURES

Notice is hereby given that Plaintiff has this day served Defendant, through its counsel of record, with the following:

1. Plaintiff's Rule 26(a) Supplemental Trial Witness Disclosures

ON THIS the 17th day of February, 2010.

PLAINTIFF

By: /s/ Dewitt M. Lovelace
**Dewitt M. Lovelace (MS Bar #1449)**
LOVELACE LAW FIRM, P.A.
12870 U.S. Highway 98 West, Suite 200
Miramar Beach, FL 32550
Phone: 850-837-6020
Fax: 850-837-4093
Email: dml@lovelacelaw.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel does hereby certify that he has this day served a true and correct copy of the above listed discovery upon the following counsel, via regular U.S. Mail and via e-mail:

**Whitman B. Johnson, III**
CURRIE, JOHNSON, GRIFFIN, GAINES & MYERS
P.O. Box 750
Jackson , MS 39205-0750
Tel:  (601) 969-1010
Fax: (601) 969-5120
Emails: wjohnson@curriejohnson.com

**Lee Morgan Peacocke**
LARZELERE, PICOU, WELLS,
SIMPSON, LONERO, LLC
Two Lakeway Center, Suite 1100
3850 N. Causeway Blvd.
Metarie, LA 70002
(504) 834-6500
Fax: (504) 834-6565
Email: lpeacocke@lpw-law.com

**J. Daniel Picou – PHV**
LARZELERE, PICOU, WELLS,
SIMPSON, LONERO, LLC
Two Lakeway Center, Suite 1100
3850 N. Causeway Blvd.
Metarie, LA 70002
(504) 834-6500
Fax: (504) 834-6565
Email: jpicou@lpwsl.com

**Andrew R. Diamond – PHV**
FIELDS, HOWELL, ATHANS & MCLAUGHLIN, LLP
191 Peachtree Street, NE, Suite 4600
Atlanta, GA 30303-1740
(404) 214-1242
Fax: (404) 214-1251
Email: adiamond@fieldshowell.com

**Paul L. Fields, Jr. – PHV**
FIELDS, HOWELL, ATHANS & MCLAUGHLIN, LLP
191 Peachtree Street, NE, Suite 4600
Atlanta, GA 30303-1740
(404) 214-1242
Fax: (404) 214-1251
Email: pfields@fieldshowell.com

ON THIS the 17th day of February, 2010.

/s/ Dewitt M. Lovelace
**Dewitt M. Lovelace (MS Bar #1449)**
LOVELACE LAW FIRM, P.A.
12870 U.S. Highway 98 West, Suite 200
Miramar Beach, FL 32550
Phone: 850-837-6020
Fax: 850-837-4093
Email: dml@lovelacelaw.com