United States Court of Appeals
Fifth Circuit

**FILED**

July 15, 2010

Lyle W. Cayce
Clerk

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 09-60652

---

D.C. Docket No. 1:07-CV-568



PENTHOUSE OWNERS ASSOCIATION, INC.,

      Plaintiff - Appellee

v.

CERTAIN UNDERWRITERS AT LLOYDS LONDON,

      Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Mississippi, Biloxi

Before JOLLY, SMITH, and OWEN, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed in part, vacated in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that appellee pay to appellant the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: 0 6 AUG 2010

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
          Deputy

New Orleans, Louisiana 0 6 AUG 2010