IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PENTHOUSE OWNERS ASSOCIATION, INC.**

**PLAINTIFF**

**VERSUS**        **CIVIL ACTION NO. 1:07CV568-HSO-RHW**

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**        **DEFENDANT**

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF NET WORTH INFORMATION, OR, IN THE ALTERNATIVE, MOTION TO DEEM DEFENSE TO EXCESSIVE PUNITIVE DAMAGES WAIVED**

**COMES NOW** Plaintiff Penthouse Owners Association, Inc. ("Plaintiff" or "Penthouse"), by and through counsel of record, and files this its *Motion to Compel Production of Net Worth Information, or, In the Alternative, Motion to Strike Defense to the Amount of a Punitive Damage Award,* as follows:

1. Penthouse asks the Court to compel Defendants Certain Underwriters at Lloyd's, London (collectively referred to as "Defendants" or "Lloyd's") to supplement their initial disclosures to meet the requirements of Rule 26 (a)(1)(A)(ii). Specifically, Penthouse asks the Court to compel Defendants to disclose and produce documents exhibiting the net worth of each of the Names under the subject insurance policy. Penthouse has conferred with Defendants regarding this issue, but Defendants have refused to produce the requested documents. Penthouse is entitled to those documents, and this motion to compel should be granted. In the alternative, Penthouse asks that the Court strike any defense or contest by Defendants to the amount of a punitive damage award, and deem Defendants to have waived any such defense.

2. In further support of this motion and alternative motion, Plaintiff submits its memorandum of law simultaneously herewith, as well as the following exhibits:

1

   A.  Good Faith Certificate—Exhibit 1

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Penthouse Owners Association respectfully asks that this Court compel Defendants to comply with the requirements of F.R.C.P. 26 (a)(1)(A)(ii) and to produce copies and descriptions of all documents, things and information demonstrating the net worth of each of the Names under Penthouse's Policy. In the alternative, Plaintiff respectfully asks that the Court strike any defense by Defendants to the amount of a punitive damage award and deem Defendants to have waived any such defense.

RESPECTFULLY SUBMITTED on this the 16th day of August, 2010.

         PLAINTIFF

         PENTHOUSE OWNERS ASSOCIATION, INC.

     By:  _/s/Gary Yarborough, Jr._
        Gary Yarborough, Jr. (MS Bar No. 102310)
        Hesse & Butterworth, PLLC
        841 Highway 90
        Bay St. Louis, MS 39520
        Telephone: (228) 466-0020
        Facsimile: (228) 466-0550

**OF COUNSEL:**

John W. (Don) Barrett (MS Bar No. 2063)
David Malcolm McMullan, Jr.
Barrett Law Offices
Post Office Box 987
Lexington, MS 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628


Dewitt M. Lovelace (MSB No. 1449)
Lovelace Law Firm, P.A.
36474 Emerald Coast Parkway, Suite 4202
Destin, FL 32541

Telephone: (850) 837-6020
Facsimile: (850) 837-4093

Zach Butterworth (MS Bar No. 9946)
Gary Yarborough, Jr. (MS Bar No. 102310)
Hesse & Butterworth, PLLC
841 Highway 90
Bay St. Louis, MS 39520
Telephone: (228) 466-0020
Facsimile: (228) 466-0550

Thomas Thrash
Thrash Law Firm
1101 Garland Street
Little Rock, AR 72201
Tel. (501) 374-1058
Facsimile: (501)374-1058

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that he has on this date served the above and foregoing document on all counsel of record via the Court's ECF system:

ON THIS the 16th day of August, 2010.

_/s/Gary Yarborough, Jr._